UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

James Didier,

    Plaintiff

    v.

Nationstar Mortgage LLC, et al.,

    Defendants

Case No.: 2:16-cv-00554-JAD-VCF

**Order Adopting Report and Recommendation [ECF 2]**

Magistrate Judge Cam Ferenbach entered a report and recommendation on March, 22, 2016, granting Didier's application to proceed in forma *pauperis* and recommending that I dismiss Didier's complaint without prejudice and with leave to amend.[1]  Objections were due by April 8, 2016, and Didier has not filed an objection.  LR IB 3–2.

"[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  Plaintiff has filed no objections.  Accordingly, and with good cause appearing,

It is hereby ORDERED that Magistrate Judge Ferenbach's Report and Recommendation **[ECF 2]** is **ACCEPTED** and his findings and conclusions are adopted;

It is further ORDERED that plaintiff's complaint is **DISMISSED** without prejudice and with leave to amend.  If Didier wishes to file an amended complaint, he must do so by **May 2, 2016**.  If Didier does not file an amended complaint by that date, his complaint will be dismissed with prejudice and without further notice.

DATED April 12, 2016.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF 2.